**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____ Chapter **11**

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | EFS Parlin Holdings, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | N/A. The Debtor does not have a taxpayer identification number. The Debtor is a non-electing single-member limited liability company that is considered a "disregarded" entity under Treas. Reg. §301-7701-3. |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 901    Main Avenue<br>Number   Street | Number     Street<br><br>P.O. Box |
| Norwalk     CT    06851<br>City       State    ZIP Code | City       State    ZIP Code |
| Fairfield County<br>County | **Location of principal assets, if different from principal place of business**<br>790    Washington Road<br>Number   Street |
| | Parlin       NJ    08859<br>City       State    ZIP Code |

5. **Debtor's website** (URL) _____

| Debtor | EFS Parlin Holdings, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>  <u>2</u>  <u>1</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor    EFS Parlin Holdings, LLC
          _____
          Name                                      Case number *(if known)* _____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.    District _____    When _____    Case number _____
                                              MM / DD / YYYY

             District _____    When _____    Case number _____
                                              MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes.    Debtor _____    Relationship _____

              District _____    When _____
                                                        MM / DD / YYYY

              Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number        Street

                              _____

                              _____
                              City                          State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

▮ **Statistical and administrative information**

---

| Debtor | EFS Parlin Holdings, LLC | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2023
MM  / DD / YYYY

✘ /s/ Michael Whitworth

Signature of authorized representative of debtor

Michael Whitworth

Printed name

Title  Authorized Representative

---

Debtor  EFS Parlin Holdings, LLC
        Name                                              Case number (if known)

**18. Signature of attorney**   ✗ _____     Date    4/28/2023
                                Signature of attorney for debtor         MM  / DD / YYYY

                                J. Cory Falgowski
                                Printed name
                                Burr & Forman LLP
                                Firm name
                                222        Delaware Avenue, Suite 1030
                                Number     Street
                                Wilmington                          DE        19801
                                City                                State     ZIP Code

                                302-830-2312                        jfalgowski@burr.com
                                Contact phone                       Email address

                                4546                                DE
                                Bar number                          State

**WRITTEN CONSENT RESOLUTIONS OF
THE SOLE MEMBER AND MANAGING MEMBER OF
EFS PARLIN HOLDINGS, LLC**
(a Delaware limited liability company)

The undersigned being the managing member (the "Managing Member") and the sole member ("Member") of EFS PARLIN HOLDINGS, LLC, a duly organized Delaware limited liability company (the "Company"), hereby waives notice and adopts the following resolutions through action by this Written Consent in lieu of a meeting:

WHEREAS the officers of the Company have advised the Managing Member of the desirability and necessity of seeking relief within the protections of a Chapter 11 reorganization;

NOW THEREFORE BE IT RESOLVED as follows:

RESOLVED, that in the Judgment of the Managing Member, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that the Company seek relief under the provisions of Chapter 11 or any other chapter of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code");

RESOLVED, that the Company shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under the Bankruptcy Code for which the Company is eligible, in the United States Bankruptcy Court for the District of Delaware or such other court as the Company's officers shall determine to be appropriate (the "Bankruptcy Court"), and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that each of the Managing Member's officers, including without limitation the President, the Vice President, the Secretary, and the Assistant Secretary (the "Designated Officers") shall be, and each of them, acting alone or collectively, hereby are, authorized, directed and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition as well as all other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and any ancillary documents that the Designated Officer deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including any potential debtor in possession loan agreements) necessary or desirable in connection with the Petition and the administration of the Company's bankruptcy case; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that the Company is authorized, directed and empowered to retain, on behalf of the Company, (a) the law firm of BURR & FORMAN LLP to serve a counsel to the Company for the bankruptcy proceedings, and (b) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as the Designated Officers determine may be necessary in connection with the Company's case under any chapter of the Bankruptcy Code and other related matters, on such terms as such officer(s) shall approve;

FURTHER RESOLVED, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to borrow funds and undertake related financing transactions and execute corresponding financing documents from such lenders and on such terms as may be approved by the Designated Officers as being reasonably necessary for the continuing conduct of the affairs of the Company, and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary in connection with such transactions;

FURTHER RESOLVED, that the Company is authorized, directed and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, including agreements for the sale of some or substantially all assets of the Company, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as the Designated Officers determine shall be necessary or desirable in order to properly administer the Company's chapter 11 proceeding or to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Designated Officer(s) in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved."

### END OF RESOLUTIONS ###

*Signature page follow*

Delivery of an executed signature page of this Written Consent by electronic transmission shall be effective as delivery of a manually executed counterpart thereof.

IN WITNESS WHEREOF, the undersigned hereby execute this consent resolution effective on April 28, 2023.

**SOLE MEMBER AND MANAGING MEMBER:**

**POWER HOLDING LLC**, a Delaware limited liability company and successor by conversion to GE Consumer Finance, Inc.


By:   /s/ Michael Whitworth

Name: Michael Whitworth

Title:  Authorized Representative

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **EFS Parlin Holdings, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **E. I. Du Pont de Nemours Company 1007 Market Street, D-7086 Wilmington, DE 19898** | **Lori Elizabeth Sanders**<br><br>**Lori.E.Sanders@dupont.com** | | | | | **$121,607.23** |
| **PJM Interconnection, L.L.C. 2750 Monroe Boulevard Audubon, PA 19403** | **jacqueline.cobb@pjm.com; chris.ohara@pjm.com; eric.scherling@pjm.com; colleen.hicks@pjm.com** | | **Disputed** | | | **$4,070,295.00** |
| **Republic Services #689 RS of New Jersey, LLC P.O. Box 9001099 Louisville, KY 40290** | | | | | | **$420.08** |
| **RWE Clean Energy Wholesale Services, Inc 100 Summit Lake Drive, Suite 210 Valhalla, NY 10595** | | | | | | **$20,000.00** |
| **TJ's Pizzeria 3109 Bordentown Ave Parlin, NJ 08859** | **(732) 721-2381** | | | | | **$292.78** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

EFS PARLIN HOLDINGS, LLC

Debtor.[1]

Chapter 11 (Subchapter V)

Case No.  23-_____

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the following are equity holders, other than governmental units, that directly or

indirectly own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| Power Holding LLC<br>901 Main Avenue<br>Norwalk, CT  06851-1168 | 100% |

---

[1]    The Debtor's address is 901 Main Avenue, Norwalk, CT 06851.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11  (Subchapter V) |
| EFS PARLIN HOLDINGS, LLC | Case No. 23- _____ |
| Debtor.[1] | |

## CERTIFICATION PURSUANT TO 11 U.S.C. § 1116(1)

I, Michael Whitworth, hereby declare as follows:

1.      I am a Manager and Vice President of Power Holding LLC, which is the Managing Member and Sole Member of EFS Parlin Holdings, LLC (the "Debtor"), and am an Authorized Representative of the Debtor.

2.      I am advised that pursuant to 11 U.S.C. § 1116(1), the Debtor is required to either: (1) append to its bankruptcy petition (the "Petition") its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or (2) provide a statement that no balance sheet, statement of operations or cash-flow statement has been prepared and no federal tax return has been filed.

3.      The Debtor's most recent balance sheet, income statement, statement of cash flows, and statement of member's equity are appended to the Petition.

4.      The Debtor is a non-electing single-member limited liability corporation that is considered a "disregarded" entity under Treas. Reg. Section 301.7701-3.  No Federal tax return exists for the Debtor.

---

[1] The Debtor does not have a taxpayer identification number.  The Debtor is a non-electing single-member limited liability company that is considered a "disregarded" entity under Treas. Reg. § 301-7701-3.  The Debtor's address is 790 Washington Road, Parlin, New Jersey 08859-1041.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 28, 2023                           /s/ Michael Whitworth
                                               Michael Whitworth
                                               Authorized Representative

**EFS PARLIN HOLDINGS, LLC**
Balance Sheet
February 28, 2023 and December 31, 2022
Unaudited

|  | | 2023 | | 2022 |
|---|---|---:|---|---:|
| Assets: | | | | |
|  | | | | |
| Current assets: | | | | |
| Cash | $ | - | $ | - |
| Accounts receivable - PJM | | 135,656 | | 177,546 |
| Accounts receivable - ConED | | 143,988 | | - |
| Accounts receivable - Dupont | | 5,753 | | 5,753 |
| Other receivable from affiliate | | 2,854,160 | | 3,433,876 |
| Interest receivable | | 21,488 | | 34,006 |
| Operating advance - PEMS | | 404,146 | | 56,788 |
| Prepaid expenses | | 327,399 | | 376,206 |
| Total current assets | | 3,892,590 | | 4,084,175 |
|  | | | | |
| Plant and equipment: | | | | |
| Cogeneration facility | | - | | - |
| Capital leased equipment | | - | | - |
| Less: accumulated depreciation | | - | | - |
| Net investment | | - | | - |
|  | | | | |
| Other assets: | | | | |
| ROU asset for operating lease, net | | 5,331,806 | | 5,385,263 |
| RGGI - emission allowances | | 199,633 | | 199,633 |
| Total other assets | | 5,531,439 | | 5,584,896 |
|  | | | | |
| Total assets | $ | 9,424,029 | $ | 9,669,071 |
|  | | | | |
|  | | | | |
| Current liabilities: | | | | |
| Accrued expenses | $ | 4,357,996 | $ | 1,821,627 |
| Accrued expenses - PEMS | | 560,783 | | 227,593 |
| Current portion of operating lease obligations | | 451,789 | | 440,156 |
| Total current liabilities | | 5,370,568 | | 2,489,376 |
|  | | | | |
| Long-term liabilities: | | | | |
| Accrued carbon emissions | | 208,017 | | 208,017 |
| Deferred rent | | - | | - |
| Operating lease obligations | | 7,015,923 | | 7,094,945 |
| Total long-term liabilities | | 7,223,940 | | 7,302,962 |
|  | | | | |
| Total liabilities | | 12,594,508 | | 9,792,338 |
|  | | | | |
| Member's equity (deficit): | | | | |
| Total member's equity (deficit) | | (3,170,479) | | (123,267) |
|  | | | | |
| Total liabilities and member's equity | $ | 9,424,029 | $ | 9,669,071 |

**EFS PARLIN HOLDINGS, LLC**
Income Statement
For the month and year to date ended February 28, 2023
Unaudited

| | February | | | Year to Date | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Variance | Actual | Budget | Variance |
| **Revenues** | | | | | | |
| Energy revenues | $ (106) | $ - | $ (106) | $ (293) | $ - | $ (293) |
| Reactive power revenue | 19,583 | 19,583 | - | 39,166 | 39,166 | - |
| Dupont electric sales | - | - | - | - | - | - |
| | 19,477 | 19,583 | (106) | 38,873 | 39,166 | (293) |
| Fuel costs | (106,702) | 844 | 107,546 | (399,753) | 1,688 | 401,441 |
| Energy margin | 126,179 | 18,739 | 107,440 | 438,626 | 37,478 | 401,148 |
| Capacity revenues | 294,603 | 297,547 | (2,944) | (2,579,375) | 627,006 | (3,206,381) |
| Energy margin & capacity revenues | 420,782 | 316,286 | 104,496 | (2,140,749) | 664,484 | (2,805,233) |
| **Operating variable costs:** | | | | | | |
| Chemicals and raw water | 15 | 441 | 426 | 243 | 882 | 639 |
| Emission allowances | - | - | - | - | - | - |
| GT starting fuel | - | - | - | - | - | - |
| Electricity | 41,861 | 31,080 | (10,781) | 66,419 | 65,490 | (929) |
| ConEd variable service fee | 490 | - | (490) | 980 | - | (980) |
| Royalty payment | - | - | - | - | - | - |
| Total operating variable costs | 42,366 | 31,521 | (10,845) | 67,642 | 66,372 | (1,270) |
| **Operating fixed costs:** | | | | | | |
| Gas demand charge | 18,297 | 17,363 | (934) | 35,653 | 34,726 | (927) |
| Operator fee & bonus | 32,657 | 32,657 | - | 65,314 | 65,314 | - |
| Salaries & benefits | 119,058 | 127,071 | 8,013 | 267,913 | 285,910 | 17,997 |
| Sewer | 1,440 | - | (1,440) | (70) | - | 70 |
| Telephone | 611 | 3,615 | 3,004 | 1,355 | 7,230 | 5,875 |
| Vehicles | 56 | - | (56) | 106 | 675 | 569 |
| Safety | 1,888 | 1,350 | (538) | 12,332 | 12,700 | 368 |
| Environmental compliance | (897) | 4,648 | 5,545 | 8,072 | 11,296 | 3,224 |
| Site admin. expenses | 14,284 | 14,050 | (234) | 17,190 | 19,250 | 2,060 |
| Total operating fixed costs | 187,394 | 200,754 | 13,360 | 407,865 | 437,101 | 29,236 |
| **Maintenance expenses:** | | | | | | |
| Buildings & grounds | 6,961 | 10,825 | 3,864 | 9,828 | 14,400 | 4,572 |
| Boilers | - | - | - | - | - | - |
| Gas turbine generator | 12,623 | 13,000 | 377 | 30,387 | 38,000 | 7,613 |
| Steam turbine generator | - | 5,000 | 5,000 | - | 5,000 | 5,000 |
| Electrical switchgear | - | - | - | 6,200 | - | (6,200) |
| CEMS | - | - | - | - | - | - |
| Balance of plant | 21,620 | 46,967 | 25,347 | 94,776 | 55,634 | (39,142) |
| Total maintenance expenses | 41,204 | 75,792 | 34,588 | 141,191 | 113,034 | (28,157) |
| **General & administrative expenses:** | | | | | | |
| Insurance | 40,318 | 34,658 | (5,660) | 80,636 | 69,316 | (11,320) |
| Property taxes | 24,883 | 26,419 | 1,536 | 49,766 | 52,838 | 3,072 |
| Con Edison service fee | 10,000 | 10,000 | - | 20,000 | 20,000 | - |
| Financial management fee | 8,327 | 7,165 | (1,162) | 15,696 | 14,330 | (1,366) |
| Other professional services | 16,562 | - | (16,562) | 16,559 | - | (16,559) |
| Lease payment | 64,298 | 64,298 | - | 128,595 | 128,595 | - |
| Total general & admin. expenses | 164,388 | 142,540 | (21,848) | 311,252 | 285,079 | (26,173) |
| **EBITDA** | (14,570) | (134,321) | 119,751 | (3,068,699) | (237,102) | (2,831,597) |
| Depreciation and amortization | - | - | - | - | - | - |
| **EBIT** | (14,570) | (134,321) | 119,751 | (3,068,699) | (237,102) | (2,831,597) |
| Interest income | (9,402) | - | 9,402 | (21,487) | - | 21,487 |
| Interest expense - lease | - | - | - | - | - | - |
| Loss on impairment | - | - | - | - | - | - |
| | (9,402) | - | 9,402 | (21,487) | - | 21,487 |
| **Net income (loss)** | $ (5,168) | $ (134,321) | $ 129,153 | $ (3,047,212) | $ (237,102) | $ (2,810,110) |

**EFS PARLIN HOLDINGS, LLC**
Statement of Member's Equity
February 28, 2023
Unaudited

|  | Total |
|---|---|
| Member's equity at December 31, 2021 | $ 10,607,640 |
| Net income (loss) | (10,730,907) |
| Member's equity at December 31, 2022 | $ (123,267) |
| Net income (loss) | (3,047,212) |
| Member's equity at February 28, 2023 | $ (3,170,479) |

# EFS PARLIN HOLDINGS, LLC

Statement of Cash Flows
For the month and year to date ended February 28, 2023
Unaudited

| | Month | Year To Date |
|---|---|---|
| Cash flows from operating activity: | | |
| Net income (loss) | $ (5,168) | $ (3,047,212) |
| Adjustments to reconcile net income (loss) to net cash from operating activities | | |
| Loss on impairment | - | - |
| Changes in assets & liabilities | | |
| Dec.(Inc.) in accounts receivable | 143,131 | (102,098) |
| Dec.(Inc.) in interest receivable | (9,402) | 12,518 |
| Dec.(Inc.) in operating advance | (195,807) | (347,358) |
| Dec.(Inc.) in prepaid expenses | 57,561 | 48,807 |
| Dec.(Inc.) in deposits | - | - |
| Dec.(Inc.) in inventory | - | - |
| Dec.(Inc.) in right of use asset | 26,813 | 360,432 |
| Inc.(Dec.) in accrued expenses | (26,207) | 2,536,369 |
| Inc.(Dec.) in accrued expenses - affiliate | 250,342 | 333,190 |
| Inc.(Dec.) in carbon emissions | - | - |
| Inc.(Dec.) in operating lease obligations | (33,779) | (374,364) |
| Net cash provided by (used in) operations | 207,484 | (579,716) |
| Cash flows from investing activities: | | |
| Plant additions | - | - |
| Other receivable from affiliate | (207,484) | 579,716 |
| Net cash provided by (used in) investing activities | (207,484) | 579,716 |
| Cash flows from financing activities: | | |
| Partnership distributions | - | - |
| Net cash provided by (used by) financing activities | - | - |
| Net inc.(dec.) in cash | - | - |
| Cash at beginning of period | - | - |
| Cash at end of period | $ - | $ - |

**Fill in this information to identify the case:**

Debtor name    **EFS Parlin Holdings, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**     X **/s/ Michael Whitworth**
                                     Signature of individual signing on behalf of debtor

                                     **Michael Whitworth**
                                     Printed name

                                     **Authorized Representative**
                                     Position or relationship to debtor

# United States Bankruptcy Court
### District of Delaware

In re   **EFS Parlin Holdings, LLC** _____   Case No. _____

                                                         Debtor(s)       Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 28, 2023** _____     **/s/ Michael Whitworth** _____

                                                               **Michael Whitworth/Authorized Representative**
                                                               Signer/Title

EFS PARLIN HOLDINGS, LLC
901 MAIN AVENUE
NORWALK, CT 06851

CEMENTEX
650 JACKSONVILLE ROAD
BURLINGTON, NJ 08016

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

J. CORY FALGOWSKI
BURR & FORMAN LLP
222 DELAWARE AVE., STE 1030
WILMINGTON, DE 19801

CINTAS CORPORATION
P. O. BOX 630803
CINCINNATI, OH 45263-0803

FILTER EQUIPMENT CO. INC.
1440 HIGHWAY 34
WALL TOWNSHIP, NJ 07753

AIRGAS USA, LLC
PO BOX 734445
CHICAGO, IL 60673-4445

CLEANET OF NJ
20 COMMERCE DRIVE, SUITE 126
CRANFORD, NJ 07016

GENERAL ELECTRIC
INTERNATIONAL INC.
4200 WILDWOOD PARKWAY
ATLANTA, GA 30339

ALLIED METER SERVICE, INC
P O BOX 617
340 E BROAD ST
BURLINGTON, NJ 08016

COMPLETE DOCUMENT
SOLUTIONS
19 GLORIA LANE
FAIRFIELD, NJ 07004

GRAINGER
DEPT. 806309423
PALATINE, IL 60038

AMERICAN INDUSTRIAL SUPPLY
CORP INC.
351 SMITH STREET
BOX 934
PERTH AMBOY, NJ 08862-0934

CON EDISON
PO BOX 360708
PITTSBURGH, PA 15251-6708

HRST, INC.
6557 CITY WEST PARKWAY
EDEN PRAIRIE, MN 55344

APPROVED FIRE PROTECTION
SYSTEMS
114 ST. NICHOLAS AVENUE
SOUTH PLAINFIELD, NJ 07080

CURRENT SOLUTIONS
PROFESSIONAL ENGINEERING
11220 ELM LANE, SUITE 200
CHARLOTTE, NC 28277

INDUSTRIAL WELDING SUPPLY
INC.
4 VAL STREET
SAYREVILLE, NJ 08872

ARISE
GRAND BAY I
7000 S. EDGERTON RD, SUITE 100
BRECKSVILLE, OH 44141-3172

DUPONT SPECIALTY PRODUCTS
USA, LLC
DUPONT DE NEMOURS, INC.
CHESTNUT RUN PLAZA 721/2202
974 CENTRE RD
WILMINGTON, DE 19805

J G ELECTRICAL TESTING CORP
3092 SHAFTO ROAD, SUITE 18
TINTON FALLS, NJ 07753

BOROUGH OF SAYREVILLE-TAX
COLLECTOR
167 MAIN STREET
SAYREVILLE, NJ 08872

E. I. DU PONT DE NEMOURS AND
COMPANY
PO BOX 32115
NEW YORK, NY 10087-2115

JERSEY CENTRAL POWER &
LIGHT COMPANY
76 SOUTH MAIN STREET
AKRON, OH 44308

BRADY MARINE
PO BOX 480
ELIZABETH, NJ 08872

E. I. DU PONT DE NEMOURS
COMPANY
1007 MARKET STREET, D-7086
WILMINGTON, DE 19898

KEN'S MARINE SERVICE, INC.
PO BOX 4001
BAYONNE, NJ 07002

C.L. WILLIAMS
103 LINWOOD CT.
SIMPSONVILLE, SC 29681

E. I. DUPONT DE NEMOURS AND
COMPANY
BARLEY MILL PLAZA 23/2270
ROUTES 48 & 141
WILMINGTON, DE 19880-0022

LEIDOS ENGINEERING, LLC
1750 PRESIDENTS STREET
RESTON, VA 20190

MARSH USA INC
PO BOX 846015
DALLAS, TX 75284-6015

PURENERGY MANAGEMENT
SERVICES, LLC
4488 ONONDAGA BOULEVARD
SYRACUSE, NY 13219

SCOTT TESTING
254 WHITEHEAD ROAD
HAMILTON, NJ 08619

MCB LANDSCAPING, LLC
4244 HIGHWAY 516
MATAWAN, NJ 07747

READY REFRESH BY NESTLE
P.O. BOX 856192
LOUISVILLE, KY 40285-6192

STAPLES BUSINESS
PO BOX 105638
ATLANTA, GA 30348

MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO, IL 60680-7690

REGIONAL GREENHOUSE GAS
INITATIVE, INC
ONE MARINA PARK DR, STE 400
BOSTON, MA 02210

STEWART & STEVENSON
PRODUCTS LLC
P O BOX 950
LODI, NJ 07644

NEC FINANCIAL SERVICES
24189 NETWORK PLACE
CHICAGO, IL 60673-1241

REPUBLIC SERVICES #689
RS OF NEW JERSEY, LLC
P.O. BOX 9001099
LOUISVILLE, KY 40290

STEWART & STEVENSON
PRODUCTS LLC
P O BOX 301063
DALLAS, TX 75303-1063

NJ DEPT OF TREASURY
NJ DEPT OF TREASURY-DIV OF
REV
PO BOX 417
TRENTON, NJ 08646-0417

ROCHEM TECHNICAL SERVICES,
USA, LTD.
4722 KONYA DRIVE
TORRANCE, CA 90503

SUEZ WTS SERVICES USA INC.
7796 COLLECTION CENTER DRIV
CHICAGO, IL 60693-0077

OCCUPATIONAL HEALTH
CENTERS OF NJ
P O BOX 8750
ELKRIDGE, MD 21075-8750

RWE CLEAN ENERGY
WHOLESALE SERVICES, INC
100 SUMMIT LAKE DR, SUT 210
VALHALLA, NY 10595

SUPERIOR WELDING COMPANY
P O BOX 96
RAHWAY, NJ 07065

PERMA PURE LLC
1001 NEW HAMPSHIRE AVE
LAKEWOOD, NJ 08701

RWE CLEAN ENERGY
WHOLESALE SERVICES, INC
(CONSOLIDATED EDISON
ENERGY, INC.)
100 SUMMIT LAKE DR, SUITE 410
VALHALLA, NY 10595

THE WCM GROUP, INC.
PO BOX 671542
DALLAS, TX 75267-1542

PJM INTERCONNECTION, L.L.C.
2750 MONROE BOULEVARD
AUDUBON, PA 19403

RZ TECH PEST CONTROL
P O BOX 5169
BASKING RIDGE, NJ 07920

THE WCM GROUP, INC.
PO BOX 3247
HUMBLE, TX 77347-3247

PUBLIC SERVICE ELECTRIC &
GAS COMPANY
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

SAF-GARD SAFETY SHOE CO
2701 PATTERSON ST
P O BOX 10379
GREENSBORO, NC 27404-0379

TJ'S PIZZERIA
PARLIN ENERGY
790 WASHINGTON ROAD
PARLIN, NJ 08859

PUBLIC SERVICE ELECTRIC &
GAS COMPANY
80 PARK PLAZA, T14
NEWARK, NJ 07102

SAFETY-KLEEN INC.
PO BOX 975201
DALLAS, TX 75397-5201

TJ'S PIZZERIA
3109 BORDENTOWN AVE
PARLIN, NJ 08859

UNIVAR
62190 COLLECTIONS DRIVE
CHICAGO, IL 60693-0621


VERIZON
PO BOX 16801
NEWARK, NJ 07101-6801


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408


WILLIS TOWERS WATSON
NORTHEAST, INC.
PO BOX 4557
NEW YORK, NY 10249-4557


XEROX FINANCIAL SERVICES
PO BOX 202882
DALLAS, TX 75320-2882


GENERAL ELECTRIC CAPITAL
CORPORATION
201 HIGH RIDGE ROAD
STAMFORD, CT 06927


GENERAL ELECTRIC COMPANY
4200 WILDWOOD PARKWAY
ATLANTA, GA 30324